1  KING LAW OFFICES
CATHERINE KING, SBN 145940
2  2051 HILLTOP DR,. STE A28
REDDING, CA 96002
3  PH: (530) 221 2640; FAX: (866) 808 2223
EMAIL: king_catherine@att.net
4
Attorney for Plaintiff
5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  THOMAS J. GRIFFITH,                    CASE NO. 2:10-CV-00418-GEB-KJN

            Plaintiff,
12  v.                                     NOTICE OF DISMISSAL OF ALL
                                           DEFENDANTS WITHOUT PREJUDICE
13  BANK OF AMERICA FKA
COUNTRYWIDE HOME LOANS;                    FEDERAL RULE OF CIVIL PROCEDURE
14  MORTGAGE ELECTRONIC                    41(a)(1)(i)
REGISTRATION SYSTEMS, INC.;
15  JASON FERRANDO and DOES 1-20
inclusive,
16
            Defendants.
17  _____/

18

19

20                    **PLAINTIFF'S NOTICE OF DISMISSAL**

21        Plaintiff files his notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(i).

22        1.      Plaintiff is THOMAS J. GRIFFITH, Defendants are BANK OF AMERICA FKA

23  COUNTRYWIDE HOME LOANS, MORTGAGE ELECTRONIC REGISTRATION

24  SYSTEMS, INC. and JASON FERRANDO.

25        2.      On February 18, 2010, Plaintiff sued Defendants BANK OF AMERICA FKA

26  COUNTRYWIDE HOME LOANS, MORTGAGE ELECTRONIC REGISTRATION

27  SYSTEMS, INC., and JASON FERRANDO..

28        3.      Defendants have not been served with process and have not filed an answer.

1

4.     This case is not a class action.

5.     This case is not governed by any federal statute that requires a court order for dismissal of the case.

6.     Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

7.     This dismissal is without prejudice to refiling.

8.     All Defendants are dismissed from this claim without prejudice.


DATED: March 22, 2010

Respectfully submitted

/s/ Catherine King
CATHERINE KING
Attorney for Plaintiff THOMAS J. GRIFFITH